B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bruti Associates Ltd** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-2880675** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**21146 Washington Parkway**<br>**Frankfort, IL**<br>ZIP Code **60423** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **21146 Washington Parkway**<br>**Frankfort, IL 60423** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bruti Associates Ltd** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Charles P. Bruti** | Case Number: **07-24317** | Date Filed: **12/27/07** |
| District: **Northern District of Illinois** | Relationship: **Sole Shareholder** | Judge: **Hollis** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Bruti Associates Ltd**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ L. Judson Todhunter**
Signature of Attorney for Debtor(s)

**L. Judson Todhunter 2840510**
Printed Name of Attorney for Debtor(s)

**Defrees & Fiske**
Firm Name

**200 South Michigan Avenue**
**Suite 1100**
**Chicago, IL 60604-2480**

Address

**Email: ljt@defrees.com**
**312-372-4000  Fax: 312-939-5617**
Telephone Number

**January 18, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Charles P. Bruti**
Signature of Authorized Individual

**Charles P. Bruti**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 18, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Bruti Associates Ltd**                                                Case No.
                          Debtor(s)                              Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Charles P. Bruti**, declare under penalty of perjury that I am the **President** of **Bruti Associates Ltd**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 9th day of January, 2008.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Charles P. Bruti**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Charles P. Bruti, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Charles P. Bruti, President** of this Corporation is authorized and directed to employ **L. Judson Todhunter 2840510**, attorney and the law firm of **Defrees & Fiske** to represent the corporation in such bankruptcy case."

Date  January 9, 2008                                    Signed  **/s/ Charles P. Bruti**
                                                                  **Charles P. Bruti**

Resolution of Board of Directors
of
**Bruti Associates Ltd**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Charles P. Bruti**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Charles P. Bruti**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Charles P. Bruti**, **President** of this Corporation is authorized and directed to employ **L. Judson Todhunter 2840510**, attorney and the law firm of **Defrees & Fiske** to represent the corporation in such bankruptcy case.

Date   January 9, 2008                              Signed   **/s/ Charles P. Bruti**

Date   _____                        Signed   _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bruti Associates Ltd**                Case No. _____

                           Debtor(s)                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Advanta Bank**<br>**POB 8088**<br>**Philadelphia, PA 19101** | **Advanta Bank**<br>**POB 8088**<br>**Philadelphia, PA 19101** | | | 15,740.00 |
| **Bailey's Carpet**<br>**692 Theodore St**<br>**Joliet, IL 60435** | **Bailey's Carpet**<br>**692 Theodore St**<br>**Joliet, IL 60435** | | | 26,724.00 |
| **Barbara J. Bruti**<br>**10163 Frankfort Main**<br>**Frankfort, IL 60423** | **Barbara J. Bruti**<br>**10163 Frankfort Main**<br>**Frankfort, IL 60423** | | | 70,000.00 |
| **Bruti Associates Profit Sharing Tru**<br>**21146 W Washington Pkwy**<br>**Frankfort, IL 60423** | **Bruti Associates Profit Sharing Tru**<br>**21146 W Washington Pkwy**<br>**Frankfort, IL 60423** | | | 130,000.00 |
| **Charles P. Bruti**<br>**21146 W Washington Pkwy**<br>**Frankfort, IL 60423** | **Charles P. Bruti**<br>**21146 W Washington Pkwy**<br>**Frankfort, IL 60423** | | | 191,782.00 |
| **David J Martin**<br>**9300 W 144th Pl**<br>**Orland Park, IL 60462** | **David J Martin**<br>**9300 W 144th Pl**<br>**Orland Park, IL 60462** | | | 60,000.00 |
| **Dresden Concrete**<br>**11349 Manhattan Monee Rd**<br>**Monee, IL 60449** | **Dresden Concrete**<br>**11349 Mnhattan Monee Road**<br>**Monee, IL 60449** | | | 29,497.00 |
| **Excel Electric Inc**<br>**C/O Douglas Schlak Schlak & Associa**<br>**321 W Maple St Ste 100**<br>**New Lenox, IL 60451** | **Excel Electric Inc**<br>**C/O Douglas Schlak Schlak & Associa**<br>**321 W Maple St Ste 100**<br>**New Lenox, IL 60451** | | | 17,490.00 |
| **First Community Bank**<br>**POB 457**<br>**Beecher, IL 60401** | **First Community Bank**<br>**POB 457**<br>**Beecher, IL 60401** | **Astro Van** | | 22,545.00<br><br>(5,000.00 secured) |
| **First Community Bank**<br>**POB 457**<br>**Beecher, IL 60401-0457** | **First Community Bank**<br>**POB 457**<br>**Beecher, IL 60401-0457** | | | 553,000.00 |
| **First United Bank**<br>**7626 W Lincoln Hwy**<br>**Frankfort, IL 60423** | **First United Bank**<br>**7626 W Lincoln Hwy**<br>**Frankfort, IL 60423** | | | 600,000.00 |

In re  **Bruti Associates Ltd** _____  Case No. _____

                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **G & M Masonry Construction** <br> **21634 S 116th Ave** <br> **New Lenox, IL 60451** | **G & M Masonry Construction** <br> **21634 S 116th Ave** <br> **New Lenox, IL 60451** | | | **33,847.00** |
| **James J Johnson** <br> **17400 Oak Park Ave** <br> **Tinley Park, IL 60477** | **James J Johnson** <br> **17400 Oak Park Ave** <br> **Tinley Park, IL 60477** | | | **18,939.00** |
| **Joseph A. Schudt & Associates** <br> **19350 S Harlem Ave** <br> **Frankfort, IL 60423** | **Joseph A. Schudt & Associates** <br> **19350 S Harlem Ave** <br> **Frankfort, IL 60423** | | | **160,000.00** |
| **MT Carmel Lime** <br> **POB 458** <br> **Mount Carmel, IL 62863** | **MT Carmel Lime** <br> **POB 458** <br> **Mount Carmel, IL 62863** | | | **16,000.00** |
| **Shore Development Co** <br> **C/O S Cooper Cooper Storm & Piscopo** <br> **117 S Second St** <br> **Geneva, IL 60134** | **Shore Development Co** <br> **C/O S Cooper Cooper Storm & Piscopo** <br> **117 S Second St** <br> **Geneva, IL 60134** | | **Disputed** | **2,780,769.00** |
| **Tidal Construction Services Inc** <br> **C/O Schussler & Kutsulis Ltd** <br> **9631 W 153rd St Ste 35** <br> **Orland Park, IL 60462** | **Tidal Construction Services Inc** <br> **C/O Schussler & Kutsulis Ltd** <br> **9631 W 153rd St Ste 35** <br> **Orland Park, IL 60462** | | | **22,512.00** |
| **Trevarthan Landscaping** <br> **24221 S 80th Ave** <br> **Frankfort, IL 60423** | **Trevarthan Landscaping** <br> **24221 S 80th Ave** <br> **Frankfort, IL 60423** | | | **101,000.00** |
| **V & L Plumbing Co** <br> **C/O Schussler & Kutsulis Ltd** <br> **9631 W 153rd St Ste 35** <br> **Orland Park, IL 60462** | **V & L Plumbing Co** <br> **C/O Schussler & Kutsulis Ltd** <br> **9631 W 153rd St Ste 35** <br> **Orland Park, IL 60462** | | | **26,521.00** |
| **Wilson Heating & Air Conditioning** <br> **C/O Schussler & Kutsulis Ltd** <br> **9631 W 153rd St Suite 35** <br> **Orland Park, IL 60462** | **Wilson Heating & Air Conditioning** <br> **C/O Schussler & Kutsulis Ltd** <br> **9631 W 153rd St Suite 35** <br> **Orland Park, IL 60462** | | | **17,278.00** |

In re  **Bruti Associates Ltd**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 18, 2008**        Signature  **/s/ Charles P. Bruti**
                                                                                              **Charles P. Bruti**
                                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Advance Glass
410 Ashland Ave
Chicago Heights, IL 60411


Advanta Bank
POB 8088
Philadelphia, PA 19101


Advanta Bank Corp
POB 8088
Philadelphia, PA 19101-8088


Airtron Enterprises dba
Mert's Heating & Air Conditioning
3102 Holeman Ave
Steger, IL 60475


Airtron Enterprises Inc.
3102 Holeman Ave
Steger, IL 60475


American Express
POB 0001
Los Angeles, CA 90096-0001


Andrew D Ross
2326 Maple Rd
Homewood, IL 60430


Arete 3 Ltd
C/O Dirk Van Beek
7220 W 194th St
Tinley Park, IL 60487


AT&T
POB 8100
Aurora, IL 60507


AT&T
POB 8100
Aurora, IL 60507-8100


AT&T Mobility
POB 6463
Carol Stream, IL 60197-6463
```

```
Bailey's Carpet
692 Theodore St
Joliet, IL 60435


Barbara J. Bruti
10163 Frankfort Main
Frankfort, IL 60423


Boss Construction
1904 Garnet
Unit D
New Lenox, IL 60451


Brady Plastering
7724 W 93rd St
Hickory Hills, IL 60457


Brakur Custom Cab
18656 Route 59
Shorewood, IL 60431


Bruti Associates Profit Sharing Tru
21146 W Washington Pkwy
Frankfort, IL 60423


Burke Electrical
227 E Laraway Rd
Frankfort, IL 60423


C & E Heating
9305 Consair Rd
Frankfort, IL 60423


Calderone Enterprises
15631 Van Drunen Rd
South Holland, IL 60473


Cardmember Services VISA
POB 15298
Wilmington, DE 19850


Chabusco Lawn Sprinkling
24750 Cedar
Manhattan, IL 60442
```

Charles P. Bruti
21146 W Washington Pkwy
Frankfort, IL 60423

Chase
Cardmember Services
POB 15153
Wilmington, DE 19886-5153

Com Ed
Bill Payment Center
Chicago, IL 60668-0001

Comcast
POB 3001
Southeastern, PA 19398-3001

Complete Drywall
22014 Howell Dr
Unit 2
New Lenox, IL 60451

Corsetti Steel
2515 Old New Lenox Rd
Joliet, IL 60433

Crest Lighting
14355 S LaGrange Rd
Orland Park, IL 60462

D & D Antenna
POB 305
Richton Park, IL 60471

David J Martin
9300 W 144th Pl
Orland Park, IL 60462

Delores Helsel
3512 Kings Rd
Steger, IL 60475

Designed Stairs
1480 E 6th St
Sandwich, IL 60548

```
Developers Carpentry
9300 W 144th Pl
Orland Park, IL 60462


Dolores Reed
61914 Bayshore Dr
Sturgis, MI 49091


Douglas Hopson
Or Nominee
203 N Wabash Ave Ste 2200
Chicago, IL 60601


Douglas Hopson
Or Nominee
203 N Wabash Ave Ste 2200
Chicago, IL 60601


Dresden Concrete
11349 Manhattan Monee Rd
Monee, IL 60449


Dresden Excavating
6404 W Corsair Rd
Frankfort, IL 60423


Dunigan Decorating
POB 321
Frankfort, IL 60423


Eileen Scott
3718 Duke Firth St
Land O Lakes, FL 34638


Excel Electric Inc
C/O Douglas Schlak Schlak & Associa
321 W Maple St Ste 100
New Lenox, IL 60451


Excel Waterproofing
6692 W 99th St
Chicago Ridge, IL 60415
```

```
First Community Bank
POB 457
Beecher, IL 60401


First Community Bank
POB 457
Beecher, IL 60401-0457


First United Bank
7626 W Lincoln Hwy
Frankfort, IL 60423


First United Bank
7626 W Lincoln Hwy
Frankfort, IL 60423


Founders Bank
14497 John Humphrey Dr
Orland Park, IL 60462


Founders Bank
14497 John Humphrey Dr
Orland Park, IL 60462


Founders Bank
14497 John Humphrey Dr
Orland Park, IL 60462


G & M Masonry Construction
21634 S 116th Ave
New Lenox, IL 60451


Hinckley Springs
POB 660579
Dallas, TX 75226-0579


Homer Tree Service
1400 S Archer
Ste 100
Lockport, IL 60441


Hometite Insulation
115 S Harris
Rockdale, IL 60436
```

James J Johnson
17400 Oak Park Ave
Tinley Park, IL 60477


Joseph A. Schudt & Associates
19350 S Harlem Ave
Frankfort, IL 60423


Kenneth W Silvers
6212 Misty Pines Dr
Unit 3
Tinley Park, IL 60477


Larry Corley
46 Hereford Dr
Crete, IL 60417


Leona Norris
C/O Roger Rickman Rickmon & Kogsw
530 S Rockport St Ste 208
Plainfield, IL 60544


Lettermen Signage
19912 Wolf Rd
Mokena, IL 60448


Lexus Financial Services
POB 4102
Carol Stream, IL 60197-4102


Lexus Financial Services
POB 4102
Carol Stream, IL 60197-4102


Lexus of Orland
8485 W 159th St
Tinley Park, IL 60487


M D Trim
4349 W Church Rd
Beecher, IL 60401


Mac Plumbing
25930 Creekside Dr
Monee, IL 60449

```
Mert's Heating & Air Conditioning
3102 Holeman Ave
Steger, IL 60475


MT Carmel Lime
POB 458
Mount Carmel, IL 62863


Nicor
POB 416
Aurora, IL 60568-0001


Oakley Millwork
120 E Laraway Rd
Frankfort, IL 60423


Overdoors of Ill
601 Ridge Rd
Homewood, IL 60430


Ray Weidenaar & Associates
7239 W Laraway Rd
Frankfort, IL 60423


Robert McKenna
19641 Woodide Dr
New Lenox, IL 60451


Roche Scholz Roche Walsh
10310 Orland Pkwy
Ste 202
Orland Park, IL 60467


Roche Scholz Roche Walsh Ltd
10310 Orland Pkwy
Ste 202
Orland Park, IL 60467-5604


SCE
1901 Landmeier Rd
Elk Grove Village, IL 60007


Schaefer Tile
12629 Arberry Ct
Manhattan, IL 60442
```

Schermer Asphalt
21730 Higley Ln
Frankfort, IL 60423


Security Lumber
North Street At Railroad Bradley
Bradley, IL 60915


Sheldon Lebold
Sheldon L Lebold & Associates Ltd
16061 S 94th Ave
Orland Hills, IL 60487


Shore Development Co
C/O S Cooper Cooper Storm & Piscopo
117 S Second St
Geneva, IL 60134


Shore Development Co
C/O S Cooper Cooper Storm & Piscopo
117 S Second St
Geneva, IL 60134


Stephen A Racz
614 Carroll Pkwy
Glenwood, IL 60425


Steve Spies Construction
10248 Vans Dr
Frankfort, IL 60423


Tidal Construction Services Inc
C/O Schussler & Kutsulis Ltd
9631 W 153rd St Ste 35
Orland Park, IL 60462


Total Flooring
13412 W 159th St
Homer Glen, IL 60491


Trevarthan Landscaping
24221 S 80th Ave
Frankfort, IL 60423

```
TTS Granite
3225 Holeman Ave
Steger, IL 60475


U S Bank
Office Equipment Finance Services
POB 790448
Saint Louis, MO 63179-0448


V & L Plumbing Co
C/O Schussler & Kutsulis Ltd
9631 W 153rd St Ste 35
Orland Park, IL 60462


Village of Frankfort
423 Nebraska
Frankfort, IL 60423


West & Zajac
7231 W Laraway Rd
Frankfort, IL 60423


Wilson Heating & Air Conditioning
C/O Schussler & Kutsulis Ltd
9631 W 153rd St Suite 35
Orland Park, IL 60462
```